

1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )   Criminal No. 08CR2309-DMS
                                      )
11                     Plaintiff,     )   **CONSENT TO RULE 11 PLEA IN A**
                                      )   **FELONY CASE BEFORE UNITED**
12   v.                               )   **STATES MAGISTRATE JUDGE,**
                                      )   **WAIVER OF PRESENTENCE REPORT**
13   EZEQUIEL DELGADO-LAGUNAS         )   **AND WAIVER OF OBJECTIONS FOR**
                                      )   **IMMEDIATE SENTENCING**
14                     Defendant.     )
                                      )
15   ─────────────────────────────────)

16       I have been advised by my attorney and by the United States

17   Magistrate Judge of my right to enter my plea in this case before

18   a United States District Judge.  I hereby declare my intention to

19   enter a plea of guilty in the above case, and I request and

20   consent to have my plea taken by a United States Magistrate Judge

21   pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22       I understand that if my plea of guilty is taken by the

23   United States Magistrate Judge, and the Magistrate Judge

24   recommends that the plea be accepted, the assigned United States

25   District Judge will then decide whether to accept or reject any

26   plea agreement I may have with the United States and will

27   adjudicate guilt and impose sentence.

28       I further understand that due to my request for immediate

K:\COMMON\CSA\forms\2005\consents.wpd

1  sentencing in this case, I am waiving the preparation of a

2  presentence report and I am also waiving any objections I may

3  have to the Magistrate Judge's findings and recommendation

4  concerning the entry of my guilty plea.

7  Dated: _7/18/08_        _Ezequrel Delgado_

8                          Defendant

11 Dated: _7/18/08_        _____

12                         Attorney for Defendant

14     The United States Attorney consents to have the plea in this

15 case taken by a United States Magistrate Judge pursuant to

16 Criminal Local Rule 11.2 and further waives a presentence report

17 in this case as well as any objections to the Magistrate Judge's

18 findings and recommendation concerning the entry of the guilty

19 plea.

22 Dated: _7/22/08_         _____

23                         for Assistant United States Attorney

K:\COMMON\CSA\forms\2005\consents.wpd